IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


MICHELLE EMILY MOORE,                              No. 03:10-CV-1526-AC

              Plaintiff,                              ORDER

     v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

              Defendant.


Tim D. Wilborn
Wilborn Law Office, PC
PO Box 2768
Oregon City, OR 97045

            Attorney for Plaintiff

Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204

Kathryn Ann Miller
Social Security Administration
Office of the General Counsel

701 5th Avenue, Suite 2900, M/S 901
Seattle, WA 98104

       Attorneys for Defendant

HERNANDEZ, District Judge:

     Magistrate Judge Acosta issued a Findings and Recommendation (#16) on February 27, 2012, in which he recommends that this Court reverse and remand the Commissioner's decision for further proceedings.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

     Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

     The Court adopts Magistrate Judge Acosta's Findings and Recommendation (#16). Accordingly, the Commissioner's final decision is reversed and remanded pursuant to Sentence Four of 42 USC § 405(g) for further proceedings consistent with the Findings and Recommendation.

     IT IS SO ORDERED.

     DATED this ___2nd_____ day of April, 2012.

                         ____ s/Marco A. Hernandez
                         MARCO A. HERNANDEZ
                         United States District Judge